FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-0796
LT Case No. 2019-305478-CFDB

_____

KEVIN L. SIMONS-STOKES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Hani Demetrious, of Robert David Malove, P.A., Fort Lauderdale, for Petitioner.

No Appearance for Respondent.

January 23, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 21, 2024 order denying Defendant's motion to correct illegal sentence rendered in Case No. 2019-305478-CFDB, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____